## United States Bankruptcy Court
### Northern District of California

In re  Mary McCarthy O'Lee
       Henry Joseph O'Lee
                                    Debtor(s)

Case No. __12-49760__
Chapter __7__

# DECLARATION OF DEBTORS RE: AMENDMENT TO SCHEDULES

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**SCHEDULE F**

I/We declare under penalty of perjury that I/we have read the Amended Schedules and that they are true and correct to the best of my/our knowledge, information, and belief.

Dated: 1·30·13

_Mary McCarthy O'Lee_
Debtor

Dated: 1/30/13

_[signature]_
Joint Debtor

### ADDING FOLLOWING CREDITOR:

Fleetmatics
c/o Harold Glassberg
425 California Street, Ste 850
San Francisco, CA 94104