Christopher J. Hoo (Bar# 256166)
Randall S. Miller & Associates, P.C.
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302
Sherman Oaks, CA 91403
Telephone: (805) 804-5616
Fax: (818) 256-3003

Attorneys for Secured Creditor,
Carrington Mortgage Services, its successors and/or assigns as servicing agent for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2012-14
.

UNITED STATES BANKRUPTCY COURT
Northern District of California (Oakland)

| In re:<br>HENRY JOSEPH O`LEE<br>MARY MCCARTHY O`LEE | Bankruptcy Case No. 12-49760<br>DC No. CJH-001<br>Chapter 7<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: 3/6/2013<br>Time: 2:00 PM<br>Ctrm: 201<br><br>Judge: Hon. Roger L. Efremsky |
|---|---|

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES Carrington Mortgage Services as servicing agent for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2012-14, and shows unto this Honorable Court as follows:

1. That Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2012-14 is the current payee/beneficiary on a note secured by a deed of trust ('the subject note/deed of trust') on certain real property of the estate located at 2419 GILL PORT LANE, WALNUT CREEK, CA 94598-0000 ('the real property').

Page 1

2. That the Debtor filed Chapter 7 Bankruptcy on December 11, 2012;

3. The debtor(s) are in arrears on payments that became due pre-petition on the subject note and deed of trust in the amount of $5,337.20.

4. That pursuant to 11 U.S.C. §362(d)(1), upon request of a party in interest, the Court shall grant relief from stay for cause, including lack of adequate protection of an interest in property of such party in interest;

5. That as of today, the total debt under the subject note and deed of trust is approximately $387,624.11.

6. (If applicable) That according to the Debtor's schedules there is a junior deed of trust thereon securing an obligation with a balance of $520,000.00

7. That pursuant to Debtor's schedules, the value of the Property is $586,000.00.

8. That pursuant to 11. U.S.C. §362(d)(2)(A) and (B), the court shall grant relief from the stay as the Debtor does not have any equity in the real property and the real property is not necessary for an effective reorganization;

8. An order granting the herein motion should be be effective immediately irrespective of FRBP §4001(a)(3);

WHEREFORE, Movant, it successors and assigns, respectfully requests that this court enter an Order Granting Relief from the Automatic Stay allowing enforcement of the subject note and deed of trust against the real property and that entry of the order be effective immediately upon entry notwithstanding the provisions of FRBP §4001(a)(3), and whatever other relief the court deems just and equitable.

                                                Respectfully Submitted,

                                                Randall S. Miller & Associates, P.C.

Dated: February 7, 2013           /s/Christopher J. Hoo