**Entered on Docket**
**March 12, 2013**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

1
Christopher J. Hoo (Bar No. 256166)
Randall S. Miller & Associates, PC
43252 Woodward Ave, Suite 180      **The following constitutes**
2
Bloomfield Hills, MI 48302      **the order of the court. Signed March 12, 2013**
3
Telephone: (818) 574-3139
Facsimile: (818) 256-3003
4
choo@millerlaw.biz

5
Carrington Mortgage Services as servicing
for Christiana Trust, A Division of Wilmin
6
Savings Fund Society, FSB, as trustee for S      **Roger L. Efremsky**
Mortgage Loan Trust, Series 2012-14      **U.S. Bankruptcy Judge**

7

8

9                     **UNITED STATES BANKRUPTCY COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

11
In re:                                          CASE NO. 12-49760

12
HENRY JOSEPH O`LEE                              Chapter 7
MARY MCCARTHY O`LEE
13
         Debtor(s)                              RS No. CJH-001

14                                              Hon. Judge: Roger L. Efremsky
                                                DATE: 3/6/2013
15                                              TIME: 2:00 PM
                                                Courtroom: 201
16
                                                **ORDER ON MOTION FOR RELIEF**
17                                              **FROM AUTOMATIC STAY**

18

19        Movant, Carrington Mortgage Services, its successors and/or assigns as servicing agent for

20  Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage

    Loan Trust, Series 2012-14, by and through its attorneys, Randall S. Miller & Associates, P.C., having filed
21
    a Motion for Relief from the Automatic Stay with respect to the property located at 2419 GILL PORT
22
    LANE, WALNUT CREEK, CA 94598, and the Court being in receipt of the Motion, and the Court being
23
    fully advised in the premises.

24        IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant, its

25  successors and assigns, with respect to the property located at 2419 GILL PORT LANE, WALNUT

    CREEK, CA 94598.
26
          In the event Movant deems the property physically abandoned by the
27
    debtor(s)/homeowner(s)/occupant(s), Movant may also enter onto the property, secure the property and

28  perform any property preservation that Movant deems necessary to avoid waste to the extent permitted by

non-bankruptcy law.  Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement to the extent permitted by law.  The Movant and/or its successors and assigns may contact the Debtors via telephone or written correspondence to offer such an agreement to the extent permitted by non-bankruptcy law.  This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**END OF ORDER**

COURT SERVICE LIST

DEBTOR(S)

Mary McCarthy O'Lee
2419 Gill Port Lane
Walnut Creek, CA 94598

Henry Joseph O'Lee
2419 Gill Port Lane
Walnut Creek, CA 94598

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28