Form B 250A (12/09)

# United States Bankruptcy Court
## NORTHERN District Of CALIFORNIA

In re  O'Lee, Mary and Henry ,
         Debtor

Case No. 12-49760

Chapter 7

United American Bank
         Plaintiff

v.

Mary O'Lee and Henry O'Lee
         Defendant

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:
    United States Bankruptcy Clerk's Office; 1300 Clay Street, Suite 300
    Oakland, CA 94604-2070;

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
    Catherine Schlomann Robertson, Pahl & McCay
    225 W. Santa Clara St., Suite 1500
    San Jose, CA 95113

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                               _____ (Clerk of the Bankruptcy Court)

Date: _____        By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, __Mary Anne Anaya_____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

    x    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: See Service List.

    ☐    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

    ☐    Residence Service: By leaving the process with the following adult at:

    ☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐    Publication: The defendant was served as follows: [Describe briefly]

    ☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name : Mary Anne Anaya

Business Address: Pahl & McCay, 225 W. Santa Clara St

Suite 1500, San Jose, CA 95113