# Notice Recipients

District/Off: 0971–4     User: vbadea     Date Created: 3/22/2013
Case: 12–49760     Form ID: ODSC7fi     Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     Carrington Mortgage Services
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     John Kendall     jkendall.trustee@sbcglobal.net
aty     Catherine Schlomann Robertson     crobertson@pahl–mccay.com
aty     Christopher J. Hoo     californiabk@rsmatrustee.com
aty     David A. Arietta     david@ariettalaw.com
TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mary McCarthy O'Lee     2419 Gill Port Lane     Walnut Creek, CA 94598
jdb     Henry Joseph O'Lee     2419 Gill Port Lane     Walnut Creek, CA 94598
cr     United American Bank     Attention Catherine Robertson     225 W. Santa Clara St.     Suite 1500     San Jose     CA, 95113 U.S.
smg     Labor Commissioner     1515 Clay St.     Room 801     Oakland, CA 94612
smg     State Board of Equalization     Collection Dept.     P.O. Box 942879     Sacramento, CA 94279
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952
13012724     American Express     PO Box 0001     Los Angeles, CA 90096–8000
13012725     Bank of America     PO Box 5170     Simi Valley, CA 93062
13012726     Boyer &Conniff, LLP     2410 Camino Ramon, Ste 155     San Ramon, CA 94583
13012727     California Gardens HOA     c/o ASAP Collection Services     331 Piercy Road     San Jose, CA 95138
13012728     Chase     PO Box 15298     Wilmington, DE 19850
13012729     Citi Cards     PO Box 6500     Sioux Falls, SD 57117
13012730     Citibank, NA     PO Box 6500     Sioux Falls, SD 57117
13012731     Citimortgage     PO Box 6243     Sioux Falls, SD 57117
13012732     City Loan     3431 Cherry Avenue     Long Beach, CA 90807
13012733     EDD     PO Box 826805     Sacramento, CA 94205
13084421     Fleetmatics     c/o Harold Glassberg     425 California Street, Ste 850     San Francisco, CA 94104
13012734     Franchise Tax Board California     Bankruptcy Section, MS A–340     PO Box 2952     Sacramento, CA 95812–2952
13012735     GC Services     PO Box 2667     Houston, TX 77252
13012736     Harris Research Inc.     1530 North 1000 West     Logan, UT 84321
13012737     Internal Revenue Service     Centralized Insolvency Operations     PO Box 7346     Philadelphia, PA 19101–7346
13012738     MCM     Dept 12421     PO Box 603     Oaks, PA 19456
13012739     Public Storage     14280 Washington Ave     San Leandro, CA 94578
13012740     Rosen &Loeb     16000 Ventura Blvd Ste 1150     Encino, CA 91436
13012741     Sunrise Credit Services, Inc.     PO Box 9100     Farmingdale, NY 11735
13012742     Timothy Krantz     2082 Michelson Dr Ste 212     Irvine, CA 92612
13012743     United American Bank     c/o Stephen D Pahl     225 West Santa Clara St #1500     San Jose, CA 95113
13012744     Wells Fargo Bank, N.A.     PO Box 54180     Los Angeles, CA 90054–0180
13012745     Wells Fargo Dealer Services     PO Box 1697     Winterville, NC 28590
TOTAL: 30